■■■ In the Matter of JACOB W. OSHER, a Suspended Attorney, Respondent. GRIEVANCE COMMITTEE OF THE EIGHTH JUDICIAL DISTRICT, Petitioner. [31 NYS3d 901]—Order of disbarment entered. Present—Smith, J.P., Carni, DeJoseph, NeMoyer and Troutman, JJ. (Filed May 24, 2016.)

■■■ In the Matter of JOSHUA BLOCK, for Reinstatement to the Practice of Law in the State of New York. [32 NYS3d 526]—Order entered reinstating petitioner to the practice of law. Present—Centra, J.P., DeJoseph, NeMoyer and Troutman, JJ. (Filed May 27, 2016.)

■■■ In the Matter of LEWIS HELFSTEIN, an Attorney, Resignor. [32 NYS3d 526]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Smith, J.P., Carni, DeJoseph, NeMoyer and Troutman, JJ. (Filed June 1, 2016.)

■■■ In the Matter of CHARLES E. SNEE, III, an Attorney, Resignor. [32 NYS3d 526]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Smith, J.P., Carni, DeJoseph, NeMoyer and Troutman, JJ. (Filed June 1, 2016.)

■■■ In the Matter of GUNTHER K. BUERMAN, an Attorney, Resignor. [32 NYS3d 526]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Smith, J.P., Carni, DeJoseph, NeMoyer and Troutman, JJ. (Filed June 3, 2016.)

■■■ In the Matter of HENRY Z. URBAN, an Attorney, Resignor. [31 NYS3d 902]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Smith, J.P., Carni, DeJoseph, NeMoyer and Troutman, JJ. (Filed June 1, 2016.)

■■■ In the Matter of CHRISTOPHER S. BRADSTREET, an Attorney, Resignor. [32 NYS3d 526]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Smith, J.P., Carni, DeJoseph, NeMoyer and Troutman, JJ. (Filed June 8, 2016.)